## Commonwealth v. Whichard, Appellant.

Argued March 20, 1973. *Leonard Sosnov*, Assistant Defender, with him *Jonathan Miller*, Assistant Defender, and *Vincent J. Ziccardi*, Defender, for appellant; *Maxine J. Stotland*, Assistant District Attorney, with her *Milton M. Stein*, Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Williams, Appellant.

Submitted March 19, 1973. *Edward F. Browne, Jr.*, Assistant Public Defender, for appellant; *George T. Brubaker*, Assistant District Attorney, and *Henry J. Rutherford*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Woods, Appellant.

Submitted March 19, 1973. *Lee Mandell*, and *Charleston & Fenerty*, for appellant; *James T. Ranney* and *Milton M. Stein*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.